UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:93-cr-219-T-23TGW

STEVE BENEDICTS ALADICS
_____/

### **ORDER**

After completion of over half of an eight-year term of supervised release, the defendant moves for early termination (Doc. 234).  The defendant's motion is **GRANTED**.

ORDERED in Tampa, Florida, on June 26, 2006.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE